UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ERNESTO CASTRO, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

A & M DISCOUNT FURNITURE INC. d/b/a A & M DISCOUNT FURNITURE, A & M DISCOUNT FURNITURE II INC. d/b/a A & M DISCOUNT FURNITURE and AVRAHAM ALHARAR,

                Defendants.
------------------------------------------------------------------------ X

Index No.: 17-cv-4226

~~PROPOSED~~
**JUDGMENT**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 18 2018 ★
LONG ISLAND OFFICE

## JUDGMENT

On June 25, 2018, Plaintiff moved for Default Judgment against Defendants A & M Discount Furniture Inc. d/b/a A & M Discount Furniture and A & M Discount Furniture II Inc. d/b/a A & M Discount Furniture.

Sufficient reason being found, it is hereby ORDERED, ADJUDGED and DECREED as follows:

That Plaintiff, ERNESTO CASTRO, has judgment jointly and severally against Defendants, A & M Discount Furniture Inc. d/b/a A & M Discount Furniture and A & M Discount Furniture II Inc. d/b/a A & M Discount Furniture, in the amount of $13,254.45, including compensatory damages and permissible liquidated damages and prejudgment interest.

That FRANK & BOLAND, P.C., attorneys for Plaintiff Ernesto Castro, has judgement jointly and severally against Defendants, A & M Discount Furniture Inc. d/b/a A & M Discount

Furniture and A & M Discount Furniture II Inc. d/b/a A & M Discount Furniture, in the amount of $6,847.50, representing the reasonable attorneys' fees and costs of bringing this action.

Dated: Central Islip, New York
October 18, 2018

s/ Sandra J. Feuerstein
_____
Hon. Sandra J. Feuerstein
United States District Judge